## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Justin Donnell, et al.

                                    Plaintiff,

v.                                                     Case No.: 1:15−cv−11280
                                                                             Honorable Manish S. Shah

VTech Electronics North America, LLC., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 12, 2016:

      MINUTE entry before the Honorable Manish S. Shah: This case has been consolidated for all further purposes with case no. 15−cv−10889, and all future filings should be made in case no. 15−cv−10889. This case is closed for administrative purposes. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.