# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Justin Donnell, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:15−cv−11280

                                                               Honorable Manish S. Shah

VTech Electronics North America, LLC., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2016:

       MINUTE entry before the Honorable Manish S. Shah: Plaintiff has voluntarily dismissed this case without prejudice, see docket entry 45 in case number 15−cv−10889. This case will remain closed. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.